# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| Russell Dunbar Smith Jr, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:22-cv-00634-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| United States Government, | ) | |
| | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 30, 2023 Order.

January 30, 2023

Frank G. Johns, Clerk
United States District Court